JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TROY REGGIE HAYNES,<br><br>Petitioner,<br><br>v.<br><br>P. E. BRAZELTON, Warden,<br><br>Respondent. | Case No. CV 13-02342 AN<br><br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

Dated: September 5, 2013

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE