ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 5 2013

CENTRAL DISTRICT OF CALIFORNIA
BY Shy            DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 5 2013

CENTRAL DISTRICT OF CALIFORNIA
BY Shy            DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TROY REGGIE HAYNES,<br>Petitioner,<br>v.<br>P. E. BRAZELTON, Warden,<br>Respondent. | Case No. CV 13-02342 AN<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

Dated: September 5, 2013

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE